```
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  OCT 16 2017  ★

LONG ISLAND OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DOROTHEA B. PRAY,

                Plaintiff,

      -against-

LONG ISLAND BONE & JOINT, LLP,

                Defendant.
------------------------------------------------------------X

Docket No.: 15-CV-05215
(JMA)(AKT)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that the above-entitled action be and the same hereby is dismissed with prejudice, without costs to either party as against the other.

IT IS FURTHER HEREBY STIPULATED AND AGREED that this Court will maintain jurisdiction to enforce the terms of this Agreement.

Dated: ~~February~~ October 13, 2017

BORRELLI & ASSOCIATES,
P.L.L.C.

By: _____[signature]_____
David D. Barnhorn, Esq.
Attorneys for Plaintiff
655 Third Avenue, Suite 1821
New York, New York 10017
Tel.: (212) 679-5000

Dated: ~~February~~ October 13, 2017

GABRIELLE & MARANO LLP

By: _____[signature]_____
Lori A. Marano, Esq.
Attorneys for Defendant
100 Quentin Roosevelt Boulevard
P.O. Box 8022
Garden City, New York 11530
Tel.: (516) 542-1000

Case closed.
SO ORDERED:

S/ Joan M. Azrack

~~The Honorable A. Kathleen Tomlinson~~ Joan M. Azrack
United States ~~Magistrate~~ District Judge for the
Eastern District of New York

DATED: October 16, 2017

7